UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-6915-GW(PLAx) | Date | July 12, 2016 |
|---|---|---|---|
| Title | *QBE Insurance Corporation v. Galdino Navarro Cortes* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |

Attorneys Present for Plaintiffs:                     Attorneys Present for Defendants:

None Present                                                          None Present

**PROCEEDINGS:     IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On July 8, 2016, Plaintiff QBE Insurance Corporation filed a Notice of Settlement. The Court sets an Order to Show Cause hearing re: Settlement is set for September 8, 2016 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on September 7, 2016.

All previously set deadlines and dates are vacated and taken off-calendar.

:

Initials of Preparer     JG